1 | MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America

FILED
08 APR 22 PM 2:09
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW D. BREKHUS aka MATTHEW BREKHUS,

    Defendant(s).
_____/

Case No. CV 08 2089 SLM

COMPLAINT
(Student Loan\Debt Collection Case)

Plaintiff, through its attorney, alleges:

1. <u>Jurisdiction:</u> The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

3. Defendant owes plaintiff $48,035.29, plus additional interest according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $48,035.29, additional interest to the date of judgment, attorney's fees in the amount of 33.33% of the debt, and court costs.

Date: April 18, 2008

_____
LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

>   Matthew D. Brekhus
>   Aka: Matthew Brekhus
>   468 Calle De La Mesa
>   Novato, CA 94949-5955
>   Account No. SSN        !1585

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/30/07.

On or about 04/24/02, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $48,035.29 on 07/02/02, at 8.25 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 05/11/03. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

|  |  |
|---|---|
| Principal: | $48,035.29 |
| Interest: | $20,472.29 |
| Total debt as of 08/30/07: | $68,507.58 |

Interest accrues on the principal shown here at the rate of $10.85 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/07

_[signature]_
Loan Analyst
Litigation Support

**EXHIBIT A**